VERIZON NEW YORK, INC., Formerly Known as NEW YORK TELEPHONE COMPANY, Plaintiff, v SUPERVISOR OF TOWN OF OYSTER BAY et al., Defendants and Third-Party Plaintiffs-Respondents. COUNTY OF NASSAU et al., Third-Party Defendants-Appellants.

Submitted August 4, 2014; decided September 23, 2014

954

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

Judge RIVERA taking no part.